RECEIVED

DEC 2 9 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

GREGORY ANDERSON COUTEE,                    CIVIL ACTION
                  Petitioner                SECTION "P"
                                            1:11-CV-00409
VERSUS

WARDEN, LOUISIANA STATE                     JUDGE JAMES T. TRIMBLE
PENITENTIARY,                               MAGISTRATE JUDGE JAMES D. KIRK
                  Respondent


### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Coutee's habeas petition is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at _Alexandria_, Louisiana, on this _29th_ day of _December_, 2011.


_____
JAMES T. TRIMBLE, Jr.
UNITED STATES DISTRICT JUDGE